UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:21-cv-1798 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 19, 2022 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. On January 27, 2022, plaintiff filed a document entered on the docket as objections to the findings and recommendations. ECF No. 7. Plaintiff raises no substantive objections to the findings and recommendations; rather, he writes, "I do not accept this offer to contract and do not consent to these proceedings," and attaches a copy of the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed

1

de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed January 19, 2022 are adopted in full;

        2.  This action is dismissed without prejudice; and

        3.  This clerk of court is directed to close this case.

DATED:  May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2