UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cymeyon Hill, | No. 2:21-cv-01798-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Kathleen Allison, et al., | |
| Defendants. | |

The court construes the post-judgment filing at ECF No. 10 as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). *See Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001). A district court may grant a Rule 59(e) motion if it "is presented with newly discovered evidence, committed *clear error*, or if there is an intervening change in the controlling law." *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc) (emphasis in original) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). Plaintiff identifies no newly discovered evidence, clear error, or change in controlling law. His motion is **denied**.

IT IS SO ORDERED.

DATED: June 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1