UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cymeyon Hill, | No. 2:21-cv-01798-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Kathleen Allison, et al., | |
| Defendants. | |

In May 2022, the court dismissed this action without prejudice and closed the case. ECF No. 8. Plaintiff filed a request to amend the judgment, ECF No. 10, and the court denied the motion, ECF No. 11.

Plaintiff objects to the courts previous order, ECF No. 12, which the court construes as a motion to reopen this case. The objections do not provide basis for reopening this case or other relief from judgment. *See* Fed. R. Civ. P 60(b) (permitting reconsideration of a final judgment based on (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; and (3) fraud, misrepresentation, or misconduct of an opposing party); s*ee also* Local Rule 230(j)(3)–(4) (permitting reconsideration if movant shows "new or different facts or circumstances"). The court **denies his request (ECF No. 12)**. The court warns that any further filings in this matter will be disregarded.

IT IS SO ORDERED.

DATED: July 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE